IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| FRANCES TRAYWICK, | ) |
|---|---|
| Plaintiff, | ) |
| VS. | ) CIVIL ACTION NO. 08-00327-KD-B |
| ROY FIKES, *et al.*, | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this Court. Accordingly, Defendant Roy Fikes' motion to dismiss Plaintiff's state-law assault-and-battery claim (Doc. 41) is **GRANTED**.

**DONE** this the **17th** day of **August**, **2010**.

s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**